**Order filed July 7, 2015.**



In The

# Fourteenth Court of Appeals

_____

**NO. 14-15-00540-CV**
**NO. 14-15-00541-CV**

_____

**IN RE MATTHEW WALTER MAHONEY, Relator**

**On Appeal from the 247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2006-45711**

## ORDER

On June 23, 2015, relator Matthew Walter Mahoney filed both a petition for writ of habeas corpus and a petition for writ of mandamus with this court. *See* Tex. Gov't Code Ann. § 22.221 (West 2004); *see also* Tex. R. App. P. 52. Relator asks this court to order the Honorable John Schmude, Judge of the 247th Judicial District Court, Harris County, Texas, to vacate the trial court's February 6, 2015 order holding relator in contempt.

It appears from the facts stated in the petitions that relator's request for relief requires further consideration and that relator will be prejudiced unless immediate temporary relief is granted. *See* Tex. R. App. p. 52.8(b), 52.10.

We therefore ORDER that the July 8, 2015 proceeding at 9:30 a.m. on the motion to revoke suspension of relator's commitment be stayed in trial court cause number 2006–45711, styled *In re K.M.M. & M.W.M.* Such proceeding is stayed until final decision by this court of relator's petitions for writ of habeas corpus and writ of mandamus, or until further orders of this court.

A response to the petitions is hereby requested to be filed on or before July 21, 2015.

PER CURIAM

Panel consists of Chief Justice Frost and Justices Jamison and Busby. (Jamison, J., would vote to deny relator's motion to stay).